Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
__middle__ District of __Florida__
__JAX__ Division

Jasmine Carswell

[REDACTED]

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Renewal Construction Services inc.
Reliant Realty Services inc.
Kristian Shrestra

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. __3:23-cv-786-TJC-JBT__
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes  ☐ No

FILED 2023 JUL -7 PM 3:02 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE FLORIDA

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jasmine Carswell [REDACTED]
Street Address: 3960 old Sunbeam Rd. #1764
City and County: Jax., Duval
State and Zip Code: FL 32257
Telephone Number: 904 729-7862
E-mail Address: Carsweljasmine@yahoo.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Renewal Construction Svc, Inc.
- Job or Title (if known):
- Street Address: 909 3rd Ave.
- City and County: New York, New York
- State and Zip Code: New York 10022
- Telephone Number: 646 502-7200
- E-mail Address (if known):

Defendant No. 2
- Name: Reliant Realty Svc, Inc.
- Job or Title (if known):
- Street Address: 909 3rd Ave.
- City and County: New York, New York
- State and Zip Code: New York 10022
- Telephone Number: 646 502 7200
- E-mail Address (if known):

Defendant No. 3
- Name: Kristian Shkurtaj
- Job or Title (if known):
- Street Address: 909 3rd Ave
- City and County: New York, New York
- State and Zip Code: New York 10022
- Telephone Number: 646 502-7200
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question   [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. CFR Title 2; Subtitle A; Chapter II; PART 200; Appendix II to PART 200. HUD grant money being misused and violation of my civil Rights, Constitutional Rights, invasion of privacy, stalking.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* Jasmine Carswell, is a citizen of the State of *(name)* Florida.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* Kristian Shkurtaj, is a citizen of the State of *(name)* New York. Or is a citizen of *(foreign nation)* _____.

b.  If the defendant is a corporation
The defendant, (name) Reliant Realty Services / Renewal Construction Services, is incorporated under the laws of the State of (name) New York, and has its principal place of business in the State of (name) New York.
Or is incorporated under the laws of (foreign nation) _____,
and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

Reliant Realty + Renewal construction gave open access to a known pedophile, pass key to my apartment. The worker tried to assualt my daughter, the suspect called police on my boyfriend for coming to rescue. Kenniyah is psychologically damaged, so is myself and my daughter Kennedi.

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

While naked with my baby girl in bathroom upstairs, my daughter Kenniyah was accosted by worker Kristian Shpurtaj on behalf Reliant + Renewal Company. Worker stole key in effort to attempt rape myself and my daughters, under H.U.D. All protocol were abandoned companies whom hired Kristian. Psychological damage and fear has made it impossible to live peacefully at this residence any longer. I fear for my life due to gross neglect of federal guidelines under H.U.D.

IV. **Relief** violation of my constitutional Rights, Civil Rights, Hud lease, and for psychological damage mental trauma

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. due to undue and undeserved mental anguish because of this being the second time this same worker has attempted this crime, I ask the court to order defendants to pay me $2,500,000.00, to relocate myself and daughters to a safe residence not affiliated or near anything to do with defendants.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/6/23

Signature of Plaintiff: Jasmine H. Carswell
Printed Name of Plaintiff: Jasmine K. Carswell other two plaintiffs under 12 years of age.

### B. For Attorneys

Date of signing: July 6/6/23

Signature of Attorney: Ken E. Benton
Printed Name of Attorney: Kenneth E. Benton PRO-Si' for Jasmine
Bar Number: None
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address: